UNITED STATES of America,
Plaintiff–Appellee,

v.

Shawn Ephisian TAYLOR,
Defendant–Appellant.

No. 14–13471
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 9, 2015.

Adam W. Overstreet, Kenyen Ray Brown, Michele Carstens O'Brien, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Robert Allen Ratliff, Robert A. Ratliff, PC, Mobile, AL, for Defendant–Appellant.

Before MARCUS, WILLIAM PRYOR and JILL PRYOR, Circuit Judges.

PER CURIAM:

Robert Ratliff, appointed counsel for Shawn Taylor, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Taylor's conviction and sentence are **AFFIRMED.**